Re: Appeal No. 01-11-01114-CR 4-20-15

1234109 PD-0465-15

John J Smith
vs
State of Texas

§ § § § § §

The Texas Court of Criminal Appeals

Austin, Texas

FILED IN
COURT OF CRIMINAL APPEALS
APR 24 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 24 2015
Abel Acosta, Clerk

Petitioner's Motion for Extention of Time
To file Petition for Discretionary review

To the Honorable Justices of Said Court:
  Now Comes John J. Smith, Petitioner
Pro se in the Above styled and numbered
Cause, respectfully requests that this court
grant Petitioner An extention of (60) days
to Prepare And submit His Petition for
Discretionary Review.

  In Support There of, Petitioner would
show This Honorable Court the following

Petitioner is presently Incarcerated At the
Mark Stiles Unit TDCJ-CID, The Reason
why I would like A review by this court
of Criminal Appeals is because of the
following:

## I.

Applicant was not aware he had to do a pro see Petition for Discretionary Review. The Appeal lawyer stated in his affidavit he would do it, if the Court granted one.

## II.

Harris County Special Need Response form Case No 1234109090101

I AM MHMRA

Last known diagosis:

Depressive Disorder NOS
Schizophrenin Paranoid Type
Prob W/ Interaction with Legal
MAJ DEP DIO Recurr W/PSY Feat
Schizophenia, UNDIFF. Type
Personlity Disorder
Educational Problems
Prob Related to Social Environment

# ORDER

On this the _____ day of _____.
Come on to be heard and ruled upon,
John J Smith's pro se Petition For
Discretionary Review and is

( ) Granted    ( ) Denied

To be heard and ruled upon in respect
to Judicial and Appellate respect for
our laws.

Signed this the _____ day of _____

_____
Judge Presiding